■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROSS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered January 17, 1990.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.